IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Brannon, Donald | Case Number: 05 B 61278 |
|---|---|---|
| | Brannon, Marion | Judge: Hollis, Pamela S |
| | Printed: 02/10/09 | Filed: 10/16/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: January 15, 2009
Confirmed: February 6, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 21,699.00 | |
| Secured: | | 7,222.48 |
| Unsecured: | | 3,646.31 |
| Priority: | | 8,921.95 |
| Administrative: | | 705.20 |
| Trustee Fee: | | 1,196.52 |
| Other Funds: | | 6.54 |
| Totals: | 21,699.00 | 21,699.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 705.20 | 705.20 |
| 2. | City Of Chicago | Secured | 619.00 | 619.00 |
| 3. | Bank One | Secured | 6,603.48 | 6,603.48 |
| 4. | Internal Revenue Service | Priority | 8,426.41 | 8,921.95 |
| 5. | Internal Revenue Service | Unsecured | 2,389.93 | 2,389.93 |
| 6. | Target National Bank | Unsecured | 198.86 | 198.86 |
| 7. | Commonwealth Edison | Unsecured | 1,057.52 | 1,057.52 |
| 8. | Washington Mutual Bank FA | Secured | | No Claim Filed |
| 9. | ECast Settlement Corp | Unsecured | | No Claim Filed |
| 10. | Carson Pirie Scott | Unsecured | | No Claim Filed |
| 11. | ECast Settlement Corp | Unsecured | | No Claim Filed |
| 12. | Carson Pirie Scott | Unsecured | | No Claim Filed |
| 13. | Home Depot | Unsecured | | No Claim Filed |
| 14. | ECast Settlement Corp | Unsecured | | No Claim Filed |
| 15. | Capital One | Unsecured | | No Claim Filed |
| 16. | CitiFinancial Mortgage | Unsecured | | No Claim Filed |
| 17. | Chase Cardmember Services | Unsecured | | No Claim Filed |
| 18. | Chase Cardmember Services | Unsecured | | No Claim Filed |
| 19. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 20. | Radio Shack | Unsecured | | No Claim Filed |
| 21. | Sears Consumer Finance | Unsecured | | No Claim Filed |
| 22. | Wells Fargo Fin Acceptance | Unsecured | | No Claim Filed |
| 23. | Steel City Dental Assoc | Unsecured | | No Claim Filed |
| 24. | State Farm Insurance Co | Unsecured | | No Claim Filed |
| 25. | Wells Fargo Fin Acceptance | Unsecured | | No Claim Filed |
| 26. | World Financial Network Nat'l | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Brannon, Donald | Case Number: 05 B 61278 |
| --- | --- | --- |
| | Brannon, Marion | Judge: Hollis, Pamela S |
| | Printed: 02/10/09 | Filed: 10/16/05 |

### DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
| --- | --- | --- | --- |
| | | $ 20,000.40 | $ 20,495.94 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 5.5% | 361.35 |
| 5% | 121.00 |
| 4.8% | 180.00 |
| 5.4% | 243.65 |
| 6.5% | 166.87 |
| 6.6% | 123.65 |
| | $ 1,196.52 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: